■ In the Matter of the Estate of RICHARD FARAH, Deceased. ALBERT FARAH et al., as Executors, et al., Respondents-Appellants; ANNE FARAH, Appellant-Respondent.— Motion by objectant-appellant-respondent to abridge the record on appeal, denied without prejudice to an application for such relief in the Surrogate's Court (*Hopper* v. *Comfort Coal-Lbr. Co.*, 276 App. Div. 869; *Village of Port Chester* v. *Sheehan*, 5 A D 2d 839). Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of ADAM USHEROWITZ, Appellant, v. MAX H. FOLEY et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Motion by appellant for reargument of his appeal, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of SABINE C. SCHINDHELM, Deceased. SELMA WIPPER, Appellant; JOHN C. GLENN, as Public Administrator of Queens County, Respondent.— Motion by respondent for leave to appeal to the Court of Appeals, denied. Cross motion by appellant to amend the decision and order of this court dated March 26, 1962, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of DAVID D. TAYLOR, Petitioner, v. THOMAS H. RAMSDEN, as Warden of Nassau County Jail, et al., Respondents.— Application by petitioner, pursuant to article 78 of the Civil Practice Act, against respondents who are, respectively, the Warden, the District Attorney and a Justice of the Supreme Court of Nassau County, to compel them to pay him a sum of money as damages by reason of their alleged failure to comply with a writ of habeas corpus. Cross motions by respondents, pursuant to section 1293 of article 78 of the Civil Practice Act, to dismiss the petition on the ground that it fails to set forth facts sufficient to entitle petitioner to the relief sought. Cross motions granted; petition dismissed, without prejudice to such other action or proceeding as petitioner may be advised. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ EDNA G. CARRARA, as Sole Surviving Executrix of CHARLES CARRARA, Deceased, Appellant, v. JOSEPH CARRARA, Respondent.— Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Brennan, Hill and Rabin, JJ., concur. Hopkins, J., not voting.

■ SYLVIA GLASSMAN, Respondent, v. SOLOMON GLASSMAN, Appellant.— Motion by appellant to vacate order dated May 14, 1962, dismissing his appeal, granted; order vacated. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ HENRY LEVINE, Appellant, v. SECURITY MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion to amend decision and resettle order of this court so as to provide, pursuant to section 1472 of the Civil Practice Act, that plaintiff's recovery of $34.35 shall be without costs in the court below. Motion denied. Section 1472 does not apply to an action in equity for an accounting. Essentially, as shown by the proof, the action here was of that character. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.